UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONT'A M. GOODLOW,

    Plaintiff,

v.

                                Case No. 23-cv-12992
                                Hon. Matthew F. Leitman

MATTHEW PORTER,

    Defendant.
_____/

## **ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1)**

In this action, Plaintiff Dont'a M. Goodlow alleges that Defendant Matthew Porter, an officer with the Flint Police Department, violated Goodlow's civil rights during a traffic stop. (*See* Compl., ECF No. 1.) On January 24, 2024, Porter filed a motion to dismiss or for a more definite statement. (*See* Mot., ECF No. 10.) The Court granted that motion in part and denied it in part on May 22, 2024. (*See* Order, ECF No. 21.) More specifically, the Court denied the motion to the extent that it sought dismissal of Goodlow's claims but granted the motion to the extent that it requested a more definite statement. (*See id.*) The Court then ordered Goodlow to file a First Amended Complaint that clarified Goodlow's claims against Porter by no later than July 1, 2024. (*See id.*, PageID.54.) Finally, it warned Goodlow that if Goodlow failed to "file a First Amended Complaint by July 1, 2024," then the Court would "dismiss this action without prejudice." (*Id.*, PageID.55.)

Goodlow has not filed a First Amended Complaint as the Court directed in its May 22 order. Nor has Goodlow contacted the Court to ask for additional time to file a First Amended Complaint. Accordingly, because Goodlow has failed to comply with the Court's May 22 order by filing a First Amended Complaint, Goodlow's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2