UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONT'A M. GOODLOW,

    Plaintiff,

v.

Case No. 23-cv-12992
Hon. Matthew F. Leitman

MATTHEW PORTER,

    Defendant.
_____/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                        KINIKIA ESSIX
                        CLERK OF COURT

              By:    s/Holly A. Ryan
                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 16, 2024
Detroit, Michigan

1